# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO ELOPRE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOYD, et al.,<br><br>　　　　　　Defendants. | 1:21-cv-00211-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (ECF No. 17.)**<br><br>**THIRTY DAY DEADLINE TO FILE AMENDED COMPLAINT** |

　　　Rogelio Elopre ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 2, 2022, Plaintiff filed a motion for extension of time to file his First Amended Complaint. (ECF No. 17.)

　　　The Court finds good cause to grant Plaintiff an extension of time. Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted thirty days from the date of service of this order in which to file his First Amended Complaint, pursuant to the order issued on November 29, 2021.

IT IS SO ORDERED.

　　Dated: __February 7, 2022__　　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE