UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO ELOPRE,<br><br>        Plaintiff,<br><br>    v.<br><br>BOYD, et al.,<br><br>        Defendants. | No. 1:21-cv-00211 KES GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>Doc. 29 |

Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff has paid the filing fee. Doc. 9. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2025, the magistrate judge issued findings and recommendations, recommending that this Court dismiss plaintiff's complaint for failure to obey court orders. Doc. 29. The findings and recommendations contained notice that any objections were to be filed within fourteen days of service. *Id.* at 4. Plaintiff has not filed objections to the findings and recommendations, or otherwise communicated with the Court, and the time to do so has passed. *See* docket.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued April 3, 2025 (Doc. 29) are ADOPTED IN FULL;

2. This matter is DISMISSED, without prejudice, for failure to obey court orders. See Fed. R. Civ. P. 41(b); Local Rule 110, and

3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: April 30, 2025

<u>UNITED STATES DISTRICT JUDGE</u>

2