# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO ELOPRE,<br><br>                    Plaintiff,<br><br>        v.<br><br>BOYD, et al.,<br><br>                    Defendants. | Case No. 1:21-cv-0211 KES FRS (BAM)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISING THE ACTION FOR FAILURE TO PROSECUTE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 39) |

Rogelio Elopre is a former state prisoner, proceeding pro se in this civil rights action regarding violations of his civil rights while incarcerated.  Previously, the court granted a motion for reconsideration and reopened this action.  Doc. 34.  At that time, the Clerk of Court updated the mailing address for Elopre, as provided in the most recent filing following his release from custody.  Doc. 35.  The assigned magistrate judge issued a screening order and granted leave to file an amended complaint.  Doc. 36.

On August 7, 2025, the orders reopening this action and updating Elopre's mailing address were returned as "Undeliverable, Insufficient Address."  The U.S. Postal Service also returned a subsequent order as "Undeliverable, Insufficient Address" on October 14, 2025.  The magistrate judge found Elopre failed to prosecute this matter by failing to keep the court informed of his current mailing address as required by Local Rule 183(b).  Doc. 39.  Therefore, the magistrate judge recommended dismissal of the action, without prejudice.

1

The court served the findings and recommendations upon Elopre at the only address on record.  Elopre was also informed that the failure to file objections within 14 days may result in the wavier of rights on appeal.  *Id.* at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).  Elopre has not filed a notice of change of address or otherwise communicated with the court, and the deadline to file objections expired.

Pursuant to 28 U.S.C. § 636(b)(1), this court performed a de novo review of the case. Having carefully reviewed the entire matter, the court concludes the findings and recommendations are supported by the record and by proper analysis.  Thus, the court **ORDERS**:

1.    The findings and recommendations issued on January 13, 2026 (Doc. 39), are **ADOPTED** in full.

2.    This action is **DISMISSED** without prejudice for failure to prosecute.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    February 7, 2026

_____
UNITED STATES DISTRICT JUDGE